UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETHANY BROMWELL | : CIVIL CASE NO. |
| PLAINTIFF, | : |
| v. | : |
| PRECISE POWER SERVICE CORPORATION D/B/A PRECISE POWER, INC. and THOMAS SMITH | : |
| DEFENDANTS | : MARCH 11, 2014 |

## COMPLAINT

## JURISDICTION

The Plaintiff is a resident of the State of Connecticut. The Defendant, Thomas Smith is a resident of a state other than Connecticut. The Defendant, Precise Power Service Corporation d/b/a Precise Power, Inc. is incorporated and has a principal place of business in a state or states other than Connecticut. Jurisdiction is based on diversity of citizenship, pursuant to 28 U.S.C. § 1332(a)(1), and the amount in controversy exceeds $75,000. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391.

### COUNT ONE: BETHANY BROMWELL as to PRECISE POWER SERVICE CORPORATION D/B/A PRECISE POWER, INC. and THOMAS SMITH for Negligence:

1. At all pertinent times mentioned herein, the plaintiff BETHANY BROMWELL ("BROMWELL") was a resident of Windham, Connecticut.

2. At all pertinent times mentioned herein, the defendant, THOMAS SMITH ("SMITH") was a resident of Anderson, South Carolina.

3.      At all pertinent times mentioned herein, the Defendant, SMITH, was an agent and/or employee of or with the co-defendant, PRECISE POWER SERVICE CORPORATION D/B/A PRECISE POWER, INC. ("PRECISE"), and was acting within the scope of his agency or employment with PRECISE.

4.      The defendant, PRECISE is a foreign corporation or entity conducting business within the State of Connecticut, with its principle place of business located in Belmont, North Carolina.

5.      At all pertinent times mentioned herein, the defendant SMITH was the authorized operator of a 2012 Toyota.

6.      At all pertinent times mentioned herein, the defendant SMITH was operating the Toyota with permission and/or within the scope of a general authority to drive the vehicle.

7.      On or about August 23, 2012 at approximately 6:10pm, the plaintiff BROMWELL was operating her 2009 Subaru southbound on Interstate 395, a public highway in Montville, Connecticut.

8.      At that same time and date, the defendant, SMITH operated said Toyota southbound on Interstate 395, a public highway in Montville, Connecticut.

9.      Then and there, the defendant, SMITH suddenly crashed into the rear of the plaintiff's vehicle.

10.     This collision and the subsequent injuries to the plaintiff, BROMWELL were proximately caused by the negligence and/or carelessness of the defendant, SMITH in one or more of the following ways in that he:

      a.      operated a motor vehicle upon a public roadway an unreasonable distance from the plaintiff's vehicle in violation of General Statutes § 14-240;

      b.      operated his vehicle with disregard for the rights of the plaintiff and others situated on the highway;

      c.      failed to keep his car under proper control;

      d.      failed to swerve to avoid the collision;

      e.      failed to keep a proper lookout; and

      f.      moved upon the highway in an unsafe manner.

11. As a result of the negligence of the defendant, SMITH, the plaintiff, BROMWELL, was caused to suffer and continues to suffer serious injuries requiring surgical intervention, some or all which may be permanent in nature.

12. As a further direct and proximate result of the defendants' negligence, the plaintiff incurred and will continue to incur medical expenses for treatment, therapy, and drugs.

13. As a still further result of the defendants' negligence, she has suffered a diminution in her ability to enjoy life's activities, earnings impairment, and she has suffered loss of function, pain, and disability.

### COUNT TWO: BETHANY BROMWELL as to PRECISE POWER SERVICE CORPORATION D/B/A PRECISE POWER, INC. (Vicarious Liability):

1. Paragraphs 1 through 13 of Count One are hereby realleged and made paragraphs 1 through 13 of Count Two as if fully set forth herein.

14. The defendant, PRECISE is vicariously liable for the actions of defendant, SMITH as alleged herein.

## DEMAND FOR TRIAL BY JURY

The plaintiff demands a trial by jury on all counts of this Complaint.

                                      THE PLAINTIFF,
                                      BETHANY BROMWELL

By: /s/ Joel T. Faxon
JOEL T. FAXON (ct16255)
STRATTON FAXON
TRIAL LAWYERS, LLC
59 ELM STREET
NEW HAVEN, CT 06510
TELEPHONE NO. 203-624-9500
jfaxon@strattonfaxon.com
www.strattonfaxon.com