UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETHANY BROMWELL : | CIVIL CASE NO.: |
| : | 3:14-cv-00305 (CSH) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| PRECISE POWER SERVICE CORPORATION : | |
| D/B/A PRECISE POWER, INC., and : | |
| THOMAS SMITH : | |
| : | |
| Defendants : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, BETHANY BROMWELL, and the Defendants, PRECISE POWER SERVICE CORPORATION D/B/A PRECISE POWER, INC., and THOMAS SMITH, by and through their attorneys, hereby respectfully move this Court for an Order dismissing all pending claims and this cause of action, with prejudice, as the parties have reached a settlement agreement.

THE DEFENDANTS,

BY _____/s/ ct21303_____
David A. Corbett (ct21303)
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT  06089
T: (860) 413-2800
F: (860) 413-2801
E-mail:corbett@litchfieldcavo.com

THE PLAINTIFF,

By     /s/ ct16141
    Eric P. Smith, Esq.
    Faxon Law Group
    59 Elm Street
    New Haven, CT 06510
    T: 203.624.9500
    F: 203.624.9100
    esmith@faxonlawgroup.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 2, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ ct 21303
    David A. Corbett